# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| RICHARD E. BAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case Number: |
| ) | 1:14-cv-01249-LSC-JEO |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

On or about June 30, 2014, Richard Egene Baker, a federal prisoner acting *pro se*, filed this habeas corpus action pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On November 16, 2016, the magistrate judge to whom the case was referred for preliminary review entered a report and recommendation ("R&R").  (Doc. 26).  Specifically, he recommended that the application for a writ of habeas corpus be denied and this action be dismissed with.  (*Id*. at 15).  Despite being afforded an opportunity to object the magistrate judge's recommendation, Baker has not filed any objections.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the magistrate judge's report and recommendation, the court is of the opinion that the magistrate judge's findings are due to be and are hereby **ADOPTED** and his recommendation is **ACCEPTED**.  Accordingly, Baker's petition for a writ of habeas corpus is due to be **DENIED AND DISMISSED WITH PREJUDICE**.  A separate Final Judgment will be entered.

Done this 14th day of <u>December 2016</u>.

_____
L. Scott Coogler
United States District Judge
[160704]